# E-filing

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name ROJO    JAMES    E.
     (Last)    (First)    (Initial)

Prisoner Number CJ-53355

Institutional Address P.O. Box 8101, San Luis Obispo, CA. 93409-8101

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JAMES ERNEST ROJO, PLAINTIFF
(Enter the full name of plaintiff in this action.)

vs.

JOHN MARSHALL, WARDEN
ARNOLD SCHWARZENEGGER, GOVERNOR
DR. BOWNHIEM, SURGON, M.D.
ET. AL.,
(Enter the full name of the defendant(s) in this action)
ET AL. DEFENDANTS

Case No. CV 08 1284 MHP (PR)
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.  Place of present confinement CALIFORNIA MENS COLONY-EAST

   B.  Is there a grievance procedure in this institution?

       YES (X)    NO ( )

   C.  Did you present the facts in your complaint for review through the grievance procedure?

       YES (X)    NO ( )

   D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                          - 1 -

1. Informal appeal  BY PASSED BY CMC-STAFF

2. First formal level  BYPASSED BY CMC-STAFF

3. Second formal level  PARTIALY GRANTED — but STILL NOT MET their PARTIAL GRANTING to fix HERNIA

4. Third formal level  NO CHANGES, NO OPERATION AFTER A full YEAR AFTER the PARTIAL granting to fix HERNIA

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.

II. Parties.

   A. Write your name and your present address. Do the same for additional plaintiffs, if any.

JAMES ERNEST AOJO
P.O. BOX 8101; CALIFORNIA MENS COLONY- EAST
SAN LUIS OBISPO, CA. 93409-8101

   B. Write the full name of each defendant, his or her official position, and his or her place of employment.

JOHN MARSHALL, WARDEN, CALIF. MENS COLONY; San Luis Obispo, CA. 93409-8101

COMPLAINT                           - 2 -

1. ARNOLD SCHWARZENEGGER, GOVENOR, SACRAMENTO, CA. 95814
2. 
3. 
4. 
5. III.    Statement of Claim.
6.         State here as briefly as possible the facts of your case. Be sure to describe how each
7. defendant is involved and to include dates, when possible. Do not give any legal arguments or
8. cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9. separate numbered paragraph.
10. Plaintiff has undergone three surgerys since 1998 by State Corrections
11. Surgeons and all have failed, only have gotten worse; the last being done
12. in 2003 by defendant Bowhiem at CMC-E. Plaintiff has complained
13. of the constant pain and suffering without relief. Then in 2006
14. or 2007, I underwent an anyurizm operation on my aorta by a Dr. Hyashi
15. at Sierra Vista Hospital at San Luis Obispo, CA. While the anyurizm
16. surgery was a success, prior to that operation, Dr. Hyashi was asked
17. if he could, at the same time, repair my hernia which he agreed to do
18. but due to the success of the anyurizm operation, Dr. Hyashi chose not
19. to do the hernia repair but stated he would do it another time to allow me
20. to heal better. I have since been ignored by medical staff concerning
21. the hernia repair, CMC medical staff have been attempting to
22. have the surgery done again by the       (continued on next page)
23. IV.    Relief.
24.        Your complaint cannot go forward unless you request specific relief. State briefly exactly
25. what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26. That each and every defendant be made to pay $250,000.00
27. and that this court order the issues herein be brought under
28. the Plata matter before the 3 judge panel, order my release

COMPLAINT                          - 3 -

ROJO V. MARSHALL, SCOTT WARDEN, YGER, ET AL.

NOS: _____  _____

ISSUE: PLATA V SCHWARZENEGGER

## Continuation of Statement of Claim

The surgical staff who had not done the job right in the first place, Dr. Bowhime, preformed the surgery in 2003, approximately three months or so later, the hernia came back three to four times larger than it was prior to the operation. Said doctor had in fact made an incision of up to 6 in. longer than usual, now my hernia looks like a kids nurf football, or a childs hamburger at a fast food establishment.

Plaintiff has complained on a regular basis, at one point one of the surgons, Dr. Danielson, gave me a novacain shot in the hernia to relieve the pain, but since then I have been on up to 6-8 tylenols per day for the pain.

## Relief (continued)

Issues herein to include inhouse care with plaintiffs daughter. This court has the authority to issue said order. Further, that the court issue temporary restraining order from transferring to any other facility other than a medical facility which has the proper care-- i.e. like San Quentin or other facilities. It has been the policy now to rid themselves of their problems as CMC-E has done in the past. California Mens Colony had a medical hold for up until July 2008, but have recinded that order to 3-21-08. I have recently (12-21-07) undergone a neck operation, fusion and disc removal but have not allowed for recovery, especially now that I

CONTINUATION:        RELIEF

AM STANDING UP FOR WHAT IS RIGHT. SHOULD THE COURT REQUIRE ANOTHER FORM FOR TEMPORARY RESTRAINING ORDER, THEN I WILL CONFORM, AS SOON AS I CAN GET THE Ad. Seg. UNIT TO ISSUE MY LEGAL PROPERTY WHICH I AM BEING DENIED. ISSUE TRO PENDING OUT-COME OF THIS MATTER, AND ISSUE THE ORDER TO ALLOW TRANSFER TO THE CALIFORNIA MEDICAL FACILITY PENDING THE FINALIZED ISSUE ON THIS ACTION, WITHOUT LEGAL RESTRAINTS UPON MY PERSON IN WHICH I MAY PURSUE THIS ACTION WITH MY TYPEWRITER. EACH DEFENDANT IS BEING SUED IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES-EXCEPT AS TO THOSE WITH QUALIFIED IMMUNITY. REQUESTING TO SUBMIT FIRST AMENDED COMPLAINT. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND UNDERSTANDING.

Dated: FEB. 25, 2008

Submitted By:

/S/ James Ernest Rojo
JAMES ERNEST ROJO
IN PRO SE

1  AND ORDER DEFENDANTS PAY FOR THE OPERATION WITH A SCORPION
2  FROM THE FREE WORLD, AND PAY ALSO FOR THE RECOVERY AND DR. VISITS
3  PLUS COST OF LIVING, TRANSPORTATION, HOUSING ETC., FURTHER, TO
4  INSURE COVERAGE OF ALL ASPECTS IN THE

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  25  day of  FEBUARY , 200 8

_(Plaintiff's signature)_

COMPLAINT                                         - 4 -

| | | | | | |
|---|---|---|---|---|---|
| **NAME and NUMBER** ROJO | JAMES | J53355 | 4152 | | CDC-128C |

Medical Hold at this institution due to medical problems. This chrono to remain effective until 07/11/2008.

cc:  C File
     Unit Health Record
     C&PR Secretary
     CCII B-Quad
     Inmate

_____
Kim Kumar, M.D.
Chief Physician and Surgeon

CMC East

DATE: 01/11/2008     ORDERED: 01/11/2008        cla    Medical Hold    MEDICAL

---

| | | | | | |
|---|---|---|---|---|---|
| **NAME and NUMBER** ROJO | JAMES | J53355 | 4152 | | CDC-128C |

Medical Hold at this institution due to medical problems. This chrono to remain effective until 03/27/2008.

cc:  C File
     Unit Health Record
     C&PR Secretary
     CCII B-Quad
     Inmate

_____
Kim Kumar, M.D.
Chief Physician and Surgeon

CMC East

DATE: 02/14/2008     ORDERED: 02/14/2008        km    Medical Hold    MEDICAL

