E-filing

FILED
08 MAR -5 PM 1:33
[clerk stamp - U.S. District Court, Northern District of California]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES ERNEST ROJO
　　　　　　　　　Plaintiff,
vs.
JOHN MARSHALL, WARDEN,
ET AL.,
　　　　　　　　　Defendant.

CASE NO. _____MHP_____ (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, JAMES ERNEST ROJO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____N/A_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS　　　　- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  California Men's Colony - East #6 Bld. Shower Porter
5  for $9.00 per month, Last worked October 2007
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.   Business, Profession or           Yes ___ No ✓
10            self employment
11       b.   Income from stocks, bonds,        Yes ___ No ✓
12            or royalties?
13       c.   Rent payments?                    Yes ___ No ✓
14       d.   Pensions, annuities, or           Yes ___ No ✓
15            life insurance payments?
16       e.   Federal or State welfare payments, Yes ___ No ✓
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                       Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2   support and indicate how much you contribute toward their support. (NOTE:
3   For minor children, list only their initials and ages. DO NOT INCLUDE
4   THEIR NAMES.).
5   _____
6   _____
7   5.   Do you own or are you buying a home?   Yes ___ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ___ No ✓
10   Make _____ Year _____ Model _____
11   Is it financed? Yes ___ No ___ If so, Total due: $_____
12   Monthly Payment: $_____
13   7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $_____
17   Do you own any cash? Yes ___ No ✓ Amount: $_____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)   Yes ___ No ___
20   _____ N/A _____
21   8.   What are your monthly expenses?
22   Rent: $_____ Utilities: _____
23   Food: $_____ Clothing: _____
24   Charge Accounts:
25   Name of Account        Monthly Payment        Total Owed on This Acct.
26   _____   $_____   $_____
27   _____   $_____   $_____
28   _____   $_____   $_____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  restitution of $10,000.00
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___ No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11    I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  2-25-08                            James E. Hoja
17  DATE                               SIGNATURE OF APPLICANT