4-21-08

RE: CV 08-1284 MHP (PR)

**FILED**
**APR 2 4 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEAR Sir/Madam:

Please take notice that as of the date above, I have been taken to San Luis Obispo, for medical purposes. I am to undergo carpultunnel operation on my right hand, the one I write with, then the top of my right hand is also going to have a goiter removed. I was hoping the court would grant my TRO/Pre-Lim injunction so that I may proceed with my typewriter, it's the "Brother 500", the staff in Ad. Seg. (Administrative Segregation) will not allow me to have it — nor a T.V. and/or Radio, even though Sacramento approved it since March 2007. I have submitted an appeal (602) to the first level. It was given a Log Number CMC-E-08-00949, their due date for response is 5-21-08. I have also sent the information to Prison Law Office — Ms. Alison Hardy, Atty at Law. I also want to say that on March 12, 2008, I sent the Informa Pauperis for the documentation needed by the court, has them papers been submitted yet?

Thanking you in advance for any and all information rendered in this matter.

Sincerely,

CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: JAMES E. ROJO
CDCR #: J53355   cell #: 4/56
CV-08-1284 MHP(PR)

**STATE PRISON GENERATED MAIL**

CALIFORNIA MEN'S COLONY STATE PRISON
SAN LUIS OBISPO CA 93409

$ 00.41⁰   APR 22 2008
MAILED FROM ZIP CODE 93401

CLERK, U.S. DISTRICT OF CALIFORNIA
Northern District of California
450 Golden Gate Ave.
San Francisco, Calif. 94102

LEGAL MAIL   9410283661 C004

LEGAL MAIL

FSP41-0077-1