JAMES E. ROJO
P.O. BOX 8101 J-53355
SAN LUIS OBISPO, CA. 93409
IN PRO SE

**FILED**
MAY X 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES E. ROJO,
    PLAINTIFF,
V.
JOHN MARSHALL, WARDEN, ET AL.,
    DEFENDANTS.

NO. CV 08-1284 MHP (PR.)

ADENDUM TO TEMPORARY RESTRAING ORDER AND PRELIMINARY INJUNCTION

PLAINTIFF, JAMES E. ROJO, HAVING FILED FOR TRO/PREL. INJUCN. AND HAS SINCE WAS ABLE TO OBTAIN DOCUMENTATION OF PROOF IN WHICH TO ESTABLISH PLAINTIFF'S REPEATED REQUEST FOR MEDICAL NEEDS. THE ENCLOSED DOCUMENTATION SUPPORTS PLAINTIFF NEEDS AND CONSTANT REQUEST FOR MEDICAL ASSISTANCE. IT SHOULD BE NOTED THAT PLAINTIFF WAS OFFERED ANOTHER CHANCE FOR DR. BONNHEIM TO REDUCE THE HERNIA, WHICH I REJECTED CITING THE THREE OTHER TIMES THE STATE EMPLOYED SURGEONS PREFORMED AND THE THREE PRIOR SURGERIES WHICH ALL FAILED, MAKING THE 2" HERNIA TO GROW TO A GOOD 8", NO WAY WOULD I ALLOW THEM TO REDUCE SOMETHING THEY DAMAGED WORSE THAN IT WAS ALREADY. THIS SAME ISSUE WAS BEFORE BEING LITIGATED IN ROJO V. NORIEGA IN THE EASTERN DISTRICT, THAT WAS PRIOR TO THE U.S. SUPREME COURTS LAW THAT SAYS ADMINISTRATIVE REMEDIES MUST BE EXHAUSTED, I STARTED RIGHT TO THE COURT AND HAD THE

1.

Offices of Schmidt & Diamond, William Schmidt being my attorney who never waited for the courts ruling whether it applied retroactively or not, he motioned the court to drop my suit.... Not on my own.

The California Men's Colony is attempting to transfer Plaintiff to prisons which have bouts of Valley fever, or have been cited for below standard health care. I have repeatedly request California Medical facility to meet both my medical and mental needs, but the Colony is intent on making matters as hard as possible. I have been to their Institutional Classification Committee and twice have been physically grabbed by Sgt. Core and told to shut up or she will kick my butt, with the rest of the committee laughing - very unprofessional. I will continue to go foreward in my endevour to get to a medical facility or put me back in my original or "D" quad, I have never recieved no rules violation. I am seeking first off released to either "C" or "D" quad, or to be sent to a medical facility at Vacaville since I am on the Chronic care patient.

Dated: May 5, 2008.

Submitted By:

James E. Rojo

James E. Rojo, Plaintiff
In Pro Per

2.

```
** ** * * * * * ** **
  PATIENT NO: 009890777        ADMIT DT/TIME: 2/20/07 09:00  M/R NO: 00065917[
  NS/RM/BED/ACM: CV   22 1  26                               FILING MR#:   65917
                                 DISCH DT/TIME:                       BY: VXOB
PATIENT NAME: ROJO, JAMES                                    TITLE:
MAILING ADDR: PO BOX 8101                 SOCIAL SECURITY: 553548617
   CITY/STATE: SAN LUIS OBISPO CA   93403 8101       PHONE: (805) 547-7600
PHYSICAL ADR:                             NPP: 2.0 DATE: 12/08/03
   CITY/STATE: J53355                     PHONE: (  )
  OCCUPATION:                             LANGUAGE: EN        FC: 81
         POB:                  ADMT PHYS: 7064- HAYASHI EDWIN S   HSV: 45
         DOB: 8/19/1940   ADMT PHYS PHONE: (805) 546-0411 RLG: NP PAR:
         AGE:  66 Y             ATTEND PHYS: 7064- HAYASHI EDWIN S   MS: S
         SEX: M    REF PHY: 7064-HAYASHI EDWIN S   PHN: 805 546-0411  SMK:
        RACE: 1         FATHER'S DOB:         MOTHER'S DOB:           PT: 1
     REF SRC:                   FLAG:                                VAL: N
===============================================================================
EMER CONTACT:                                      REL:
     ADDRESS: PO BOX 8101                        PHONE: (805) 547-7600
  CITY/STATE: SAN LUIS OBISPO CA   93403 8101
NEAREST RELT:                                      REL:
     ADDRESS:                                   PHONE: (  )
  CITY/STATE:                                RESEARCH ID:
===============================================================================
   GUARANTOR: INMATE AT CMC,                       REL: WARD OF THE COURT
   ADDRESS 1: PO BOX 8101                        PHONE: (805) 547-7600
   ADDRESS 2:                              SOCIAL SECURITY: 553548617
  CTY/STE/ZIP: SAN LUIS OBISPO CA   93403 8101  OCC:              AF:
 PAYOR NAME 1: DEPT OF CORRECTIONS       INS. PLAN ID: AAZ3Q SRV/TYPE: ALLIP
   PLAN NAME: CALIFORNIA MENS COLONY (CMC)       IPA:
BILL C/O NAME: ATTN JAMIE CORVERA, AA11        AUTH #:
BILL ADDRESS: PO BOX 7021                    CERT-SSN-HIC-ID#: J53355
CTY/STE/CNTRY: PASO ROBLES       CA   93447     BILL PHONE: (805) 237-3030
 BILLING NAME:                                    GP #:
     INSURED: ROJO, JAMES                       SEX/REL: M SELF
    EMPLOYER: INMATE AT CMC           MSP:     TRACKING#:
     ADDRESS: P O BOX 8101                     EMP PHONE: (805) 547-7900
  CITY/STATE: SAN LUIS OBISPO CA   93409          ESC:      3
 PAYOR NAME 2:                                INS. PLAN ID:
   PLAN NAME:
BILL C/O NAME:                              CERT-SSN-HIC-ID#:
BILL ADDRESS:                                  AUTH #:
CTY/STE/CNTRY:                               BILL PHONE: (  ) 000-0000
 BILLING NAME:                                    GP #:
     INSURED:                                   SEX/REL:
    EMPLOYER:                                 TRACKING#:
     ADDRESS:                                EMP PHONE: (  ) 000-0000
  CITY/STATE:                                    ESC:
===============================================================================
    SPAN CODE:                              PRIOR VISIT: 11/29/04
FROM/TO DATE:                            PRIOR HOSPITAL:
 CONDITION CD     CONDITION CD     OCCURRENCE CD/DATE    OCCURRENCE CD/DATE
                                      11   2/15/07
===============================================================================
CHIEF COMPLAINT DESCRIPTION:            ADMIT DIAGNOSIS CODE:
    ABDOMINAL AORTIC ANEURYSM
   COMMENTS:   OBTD ALL SIGS COS NPP ADA
         AAA


                  PRINTED BY: Sierra Vista            DATE    2/26/2007
```

```
SIERRA VISTA REGIONAL          PT:   ROJO, JAMES
MEDICAL CENTER                 MR#:  000659177        SVM
1010 Murray Ave.               PT:   1                RM: 0101 1
San Luis Obispo, CA 93405      ADM:  02/20/2007       DIS: 02/25/2007
805-546-7953                   ACCT: 009890777        AUTH ID: V196
DOB: 08/19/1940   J53355       8596HAYASHI
Page 1 of 1                    DISCHARGE SUMMARY
```

DATE OF ADMISSION:      02/20/2007

DATE OF DISCHARGE:      02/25/2007

DISCHARGE DIAGNOSIS:
Abdominal aortic aneurysm.

OPERATION PERFORMED:  Repair of the abdominal aortic aneurysm with a 16-mm tube graft.

ADDITIONAL DIAGNOSES:  Sleep apnea, chronic hepatitis C, benign prostatic hypertrophy and gastroesophageal reflux disease

HOSPITAL COURSE:  The patient was admitted and taken to the operating room where an uncomplicated, aortic aneurysm repair was performed.  His postoperative course was smooth and uncomplicated.  He was ambulating well.  He had strong posterior tibial pulses bilaterally.  The wounds were healing nicely.  He was tolerating a diet and having normal formed bowel movements.  He was thus discharged back to CMC as he is an inmate.  We recommend follow-up with the surgeons at CMC since they have qualified surgeons and we will be happy to continued following as consultants.

DIET:  As tolerated.

MEDICATIONS:  He will resume his preadmission medications and have Vicodin 1-2 tablets every 4-6h. p.r.n. pain.  Light activities been recommended and we anticipated to return to full activities without restrictions in another 3 weeks.


                               _____
                               HOWARD H. HAYASHI, M.D.
HHH:MQ/
d: 02/25/2007 09:58:13   t: 02/25/2007 10:41:45   JOB# 8596

cc:   David C. Bonnheim, M.D.
      Fax: 5440637

PRINTED BY: Sierra Vista                    DATE    2/26/2007

```
SIERRA VISTA REGIONAL            PT:  ROJO, JAMES
MEDICAL CENTER                   MR#: 000659177        SVM
1010 Murray Ave.                 PT:  0                RM:
San Luis Obispo, CA 93405        ADM: 02/20/2007       DIS:
805-546-7953                     ACCT: 9890777         AUTH ID: V240
DOB: 08/19/1940  J 53355         797625HAYASHI
Page 1 of 2                      HISTORY AND PHYSICAL EXAMINATION
```

DATE OF ADMISSION:     02/20/2007

IDENTIFICATION AND CHIEF COMPLAINT:  The patient is a 66-year-old man admitted with an abdominal aortic aneurysm for surgical repair.

HISTORY OF PRESENT ILLNESS:  The patient was found to have an abdominal aortic aneurysm.  He has been asymptomatic.  Under observation it has been growing.  Reports from David C. Bonnheim, M.D. note that this was a cm or so smaller in the past couple of years.  His most recent studies which I have from my review include a CT angiogram of the abdomen and pelvis on 12/6/06.  This shows a 6.6 cm infrarenal abdominal aortic aneurysm, originating 14 mm below the renal arteries.  The iliac vessels are 12 mm to 14 mm.

PAST MEDICAL HISTORY:  Sleep apnea using CPAP, benign prostatic hypertrophy, hepatitis C diagnosed in 1995.  He notes that he has not had any problems with his liver clinically.

PAST SURGICAL HISTORY:  Right elbow bone spur operation in 2003, right knee cartilage operation in 2004.  Right lower quadrant ventral hernia repair three times.  It was repaired in 1997 without mesh, in 1999 with mesh and in 2003 with mesh again.

MEDICATIONS:  Artificial Tears t.i.d. as needed.  Sertraline 25 mg three tablets q p.m., aspirin 325 mg daily, Simethicone 80 mg chew and swallow t.i.d as needed.  Maalox two tablespoonfuls three times daily as needed.  Atorvastatin 20 mg daily, omeprazole 20 mg one tablet daily.  Salsalate 750 mg two tablets b.i.d. only if needed.  Doxazosin 4 mg q h.s., Fiber Tabs one tablet b.i.d.

ALLERGIES:  Denies drug allergies.

FAMILY HISTORY:  He does not know of any family history.

SOCIAL HISTORY:  He resides at CMC.  He is a former smoker but quit in 1990.

REVIEW OF SYSTEMS:
He denies unusual bleeding or bruising.  He denies cardiac or pulmonary symptoms.

PHYSICAL EXAMINATION:
GENERAL:  Well-nourished, well-developed man appearing stated age.
HEENT:  Normocephalic, atraumatic.  No sclerae icterus.
NECK:  Soft, supple.  No cervical or supraclavicular lymphadenopathy.  No neck masses.  Trachea is midline.
CHEST:  Clear to auscultation.  No rales, rhonchi or wheezing.
HEART:  Regular rate and rhythm with no murmurs, rubs or gallops.

```
SIERRA VISTA REGIONAL           PT:  ROJO, JAMES
MEDICAL CENTER                  MR#: 000659177        SV:
1010 Murray Ave.                PT:  0                RM:
San Luis Obispo, CA 93405       ADM: 02/20/2007       DIS:
805-546-7953                    ACCT: 9890777         AUTH ID: V240
DOB: 08/19/1940    J53355       797625HAYASHI
Page 2 of 2                     HISTORY AND PHYSICAL EXAMINATION
```

ABDOMEN: Soft. Medium build. He has an aortic pulse which is nontender. The abdomen has a right lower quadrant recurrent incisional hernia. This is easily reducible.
EXTREMITIES: Without clubbing, cyanosis or edema.
NEUROLOGIC: Grossly intact.
ARTERIOVASCULAR: Palpable pulses carotids, radials, abdominal, aortic, femorals and posterior tibials.

IMPRESSION:
1. A 6.6 cm infrarenal abdominal aortic aneurysm. This is growing under observation.
2. Multiply recurrent right lower quadrant ventral hernia. This has been repaired once with no mesh and twice with mesh.

PLAN: I discussed the nature of the problem and options for treatment. He would like to proceed with a repair of the abdominal aortic aneurysm. If we feel it is safe at the time of exploration he would like to have a repair of the recurrent right lower quadrant ventral hernia with or without mesh depending on operative findings. He understands the nature of the problem and is now for surgery knowing the risks, benefits and alternatives. He understands the possibility of blood product transfusion. He has no further questions and would like to proceed.


                                    _____
                                    EDWIN S. HAYASHI, M.D.
ESH:MQ/
d: 02/15/2007 16:40:16  t: 02/15/2007 18:40:46  JOB# 797625

cc: David C. Bonnheim, M.D.
    Fax: 5440637

Authenticated by Edwin S. Hayashi, MD On 2/20/2007 2:29:50 PM



                    PRINTED BY: Sierra Vista       DATE    2/26/2007

```
Patient Name: ROJO, JAI                                    dRecNo: 000659177
Account No:   9890777                                                 Page 1
Procedure:    1999400  J53355
              PORTABLE CHEST XRAY

Perform Date/Time: 02/20/2007  15:01
Result Date/Time:  02/20/2007  19:13:19
Ordering Dr: 07064 SVM HAYASHI  MD, EDWIN
-----------------------------------------------------------------------
```

Verified


Reason:   S/P AAA REPAIR; CENTRAL LINE

Exams:
  P    SVM PORTABLE CHEST XRAY            2007/02/20 15:01:52


EXAMINATION:  AP PORTABLE CHEST X-RAY

02/20/07 AT 1450 HOURS

INDICATION:  Status post aneurysm repair; central line placement.

FINDINGS:  The right jugular central line is seen with the tip overlying the superior SVC. No evidence of a pneumothorax on this upright film. Hypoinflation is seen and the lungs appear grossly clear.

IMPRESSION:
1. Central line over the superior SVC without evidence of pneumothorax.

Hypoinflation of the lung fields.

Findings reviewed with Dr. Edwin Hayashi.


```
Dictated By:  SVM CORBETT   MD, HARRY F
Verified by:  SVM CORBETT   MD, HARRY F
Verified on:  2007/02/20 19:12:08.00   RESULT ID / ADDENDUM:  605072 / 0
```

Page 1 of 1
**** end of result ****

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I am the party of the above entitled actions, a citizen of the United States and over the age of eighteen years, and a resident of San Luis Obispo County. My current address is:

JAMES E. ROJO
California Men's Colony-East
P.O. Box 8101 Room 4156
San Luis Obispo, CA. 93409-8101

I CERTIFY ( OR DECLARE), UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON MARCH 5, 2008, AT SAN LUIS OBISPO, CALIFORNIA, 93409-8101.

James E. Rojo
PETITIONER

..............................................................................

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I AM A RESIDENT OF SAID COUNTY, I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ABOVE ENTITLED ACTION. MY BUSINESS ADDRESS IS:

JAMES E. ROJO
CALIFORNIA MEN'S COLONY-EAST
P.O. BOX 8101 / Room 4156
SAN LUIS OBISPO, CALIFORNIA 93409-8101

ON MAY 5, 2008, I SERVED THE WITHIN PARTIES ADDENDUM TO TRO/PRELIM-INJUNC. EXHIBITS FROM DR. HYASHI

ON THE PARTY: CLERK, NORTHERN DIST. OF CALIFORNIA 450 GOLDEN GATE AVE, SAN FRANCISCO, CA. 94102
IN SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID, IN THE UNITED STATES MAIL, AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CALIFORNIA, 93409-8101, ADDRESSED AS FOLLOWS:
OFFICE STATE ATTORNEY GEN.
P.O. Box 9244
SACRAMENTO, CA. 94834-1550

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON MAY 5, 2008, AT SAN LUIS OBISPO COUNTY, CALIFORNIA.

James E. Rojo
SIGNATURE OF DECLARANT

(REV. 6/07)

CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101
Name: JAMES E. ROJO
CDCR #: J53335 Cell #: 4156

FSP41-0077-1

**STATE PRISON
GENERATED MAIL**

LEGAL MAIL

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

02 1M
0004247478
MAILED FROM ZIP CODE 93409
UNITED STATES POSTAGE
$ 00.58°
PITNEY BOWES
MAY 06 2008

CLERK, U.S. DISTRICT COURT
Northern District of California
450 Golden Gate Ave.
San Francisco, Calif. 94102

9410233661 C004

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL