**RECEIVED** 5-13-08

MAY 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir/Madam,

I have as yet to hear anything on my civil action and was wondering if I could get a docket sheet indicating what was the intent of the court and/or when will the court address my issues?

Thanking you in advance for any and all assistance rendered in this matter. I will await your response.

Sincerely,

James E. Rojo

CV 08-1284 MHP (PR)

**CALIFORNIA MEN'S COLONY STATE PRISON**
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409

Name: James E. Rojo
CDCR #: J-53355    Cell #: 4/56

**STATE PRISON GENERATED MAIL**

LEGAL MAIL

Office of the
Northern District of California, Dist. Ct.
450 Golden Gate Avenue
San Francisco, Calif. 94102

LEGAL MAIL

02 1M
00042247478
MAILED FROM ZIPCODE 93405
MAY 14 2008
$00.00°
PITNEY BOWES

FSP41-0077-1

94102@3661 CO:C4