PROOF OF SERVICE BY MAIL

ROJO V. MARSHALL, ET AL.
CASE NO. CV ~~81~~ 08-1284-MHP (PR)
             1284

FILED
08 JUN 12 PM 2:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I declare that:

I am a resident of California Men's Colony, in the County of San Luis Obispo, Calif. I am over the age of 18 years. My residence address is:

P.O. BOX 8101
San Luis Obispo, Calif. 93409-8101.

On June 9, 2008 I served the attached "Motion to Amend Complaint" in said case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the U.S. mails at San Luis Obispo, Calif. Addressed as follows:

Clerk, U.S. District Court
Northern District of Calif.
450 Golden Gate Avenue
San Francisco, Calif. 94102

Office State Atty. Gen.
P.O. BOX 944255
Sacramento, Calif. 94244-2550

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on 6-9-08, at San Luis Obispo, California

JAMES ERNEST ROJO
*James Ernest Rojo* (signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES ERNEST ROJO,
    PLAINTIFF
        v.                                    CASE NO. CV 08-1284 MHP
JOHN MARSHALL, WARDEN,                              (PR)
DAVID C. BONNHEIM, M.D.,
ARNOLD SCHWARZENEGGER, GOVENOR,
N. GRANNIS, CHIEF INMATE APPEALS ET AL.,
    DEFENDANTS

MOTION FOR LEAVE TO FILE AN
AMENDED COMPLAINT

Plaintiff, JAMES E. ROJO, pursuant to Rules 15(a) and 19(a), Federal Rules of Civil Procedure, request leave to file an amended complaint correcting name spelling and adding one of the et als. (John Does) as a party.

1. The Plaintiff in his original named complaint named an et al., John Doe defendant and D. Bonheim; David C. Bonnheim is the correct way.

2. Since the filing of the complaint the Plaintiff has determined that one of the John Does, is in fact N. Grannis, whom is the Chief of Inmate Appeals in Sacramento who has the authority to order defendants to contact Dr. Hyashi to preform the hernia operation alot sooner, for that reason N. Grannis should be reflected as defendant N. Grannis, Chief of Inmate Appeals.

3. The court should grant leave to amend a complaint. FOMAN V. DAVIS, 371 U.S. 178, 182 (1962).

DATE: JUNE 9, 2008.

Submitted by: JAMES E. ROJO
              P.O. BOX 8101
              SAN LUIS OBISPO, CA 93409
              8101

CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: James E. Rojo
CDCR #: J58355    Cell #: 4b56

**STATE PRISON GENERATED MAIL**

LEGAL MAIL

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409



UNITED STATES POSTAGE
$00.42°
PITNEY BOWES
02 1M
MAILED FROM ZIPCODE 93401

CLERK, U.S.
Northern District of California
450 Golden Gate Avenue
San Francisco, Calif. 94102

LEGAL MAIL

9410233661 0004