UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. ROJO, | No. C 08-1284 MHP (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| JOHN MARSHALL, warden; et al., | |
| Defendants. | |

James E. Rojo filed this pro se civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions at the California Men's Colony in San Luis Obispo, California. That facility is in San Luis Obispo County, and that county is within the venue of the Central District of California. Most defendants apparently are employed at the California Men's Colony and apparently reside in the Central District of California. no acts or omissions occurred in the Northern District and no defendants reside here. Venue therefore properly lies in the Central District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter. This court has not ruled on any of the pending motions.

IT IS SO ORDERED.

DATED: July 22, 2008

Marilyn Hall Patel
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES E. ROJO,

        Plaintiff,

  v.

JOHN MARSHALL et al,

        Defendant.
                                         /

Case Number: CV08-01284 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James E. Rojo
J-53355/ Cell 4152
California Mens Colony State Prison
PO Box 8101
San Luis Obispo, CA 93409-8101

Dated: July 23, 2008

                                      Richard W. Wieking, Clerk
                                      By: Anthony Bowser, Deputy Clerk