**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

August 28, 2008

United States District Court
for the Central District of California
312 North Spring Street
Los Angeles, CA 90012

RE: CV 08-01284 MHP  JAMES E. ROJO-v-JOHN MARSHALL

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☐    Certified copy of docket entries.

    ☐    Certified copy of Transferral Order.

    ☐    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                      Sincerely,
                        RICHARD W. WIEKING, Clerk

                        by:  Gina Agustine-Rivas
                        Case Systems Administrator

Enclosures
Copies to counsel of record